07-10-2015

COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION

AUSTIN, TEXAS 78711

This document contains some pages that are of poor quality at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 10 2015

Abel Acosta, Clerk

DEAR CLERK,

THIS LETTER IS TO INFORM THE COURT OF A TEMPORARY ADDRESS CHANGE. I AM CURRENTLY ON BENCH-WARRANT TO ATTEND HEARINGS IN SUPPORT OF MY (5) HABEAS CORPUS APPLICATIONS.

THANK YOU,

Rodney Kevin Williams Sr.

WRIT # WR-82,421-02, -03, -04, -05, -06

PREVIOUS ADDRESS: RODNEY KEVIN WILLIAMS SR.

ROBERTSON UNIT / # 1635827

12071 F.M. 3522

ABILENE, TEXAS 79601

CURRENT ADDRESS: RODNEY KEVIN WILLIAMS SR.

SPN: 02212867    CELL: 6-G-2

701 NORTH SAN JACINTO

HOUSTON, TEXAS 77002